FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRAIG KRAHN, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL GROUP, INC., <br><br> Defendant. | No.   2:14-CV-0382-SMJ <br><br> **ORDER DISMISSING CASE** |

On August 24, 2015, the parties filed a stipulated dismissal, ECF No. 9. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulation of Dismissal with Prejudice, **ECF No. 9**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

1    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order
2    and provide copies to all counsel.
3    **DATED** this 25th day of August 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge